**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                             Case No. 04-cr-162-01-PB

<u>Destin Phillippe</u>

<u>**SEALED ORDER**</u>

The defendant has moved to continue the August 16, 2005 trial in the above case, citing the need for additional time as he is actively cooperating with the government.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 16, 2005 to November 1, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

_____
Paul Barbadoro
United States District Judge

August 2, 2005

cc:  Richard Monteith, Esq.
     United States Attorney
     United States Probation
     United States Marshal